UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LAWRENCE CHAN,**

                  **Plaintiff,**

-against-

**SOCIAL SECURITY ADMINISTRATION; UNKNOWN BRUNO, SOCIAL SECURITY WORKER; UNKNOWN YAM, SOCIAL SECURITY WORKER; UNKNOWN HO, SOCIAL SECURITY WORKER; UNKNOWN RIMPEL, SOCIAL SECURITY SUPERVISOR,**

                  **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/7/2022_____

**22-CV-0906 (ALC)**

**ORDER DIRECTING PAYMENT OF FEES**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff Lawrence Chan, who resides in Flushing, New York, brings this action *pro se*.[1] To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP") submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted the complaint with the filing fees but, Plaintiff's payment, by personal check, is not an acceptable form of payment. Accordingly, within thirty days of the date of this order, Plaintiff must pay the $402.00 in fees. The filing fees must be paid by certified check or money order, payable to: Clerk of Court – SDNY, and can be mailed to: Cashiers Unit – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include

---

[1] Plaintiff lists a post office box in Brooklyn, New York on his complaint, but the return address on the envelope used to mail the complaint to the court, lists a Flushing, New York address for Plaintiff. (ECF No. 1 at 11.)

Plaintiff's case number, 22-CV-0906 (ALC). Payment can also be made by major credit card or cash (if the payment is made in person). Personal checks are not accepted. The Cashiers Unit is directed to return the $402.00 personal check to Plaintiff at the address indicated on Plaintiff's complaint.

## CONCLUSION

No summons shall issue at this time. The Court directs Plaintiff, within thirty days of the date of this order, to pay the $402.00 in fees by using one of the acceptable forms of payment noted above. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Cashiers Unit is directed to return the $402.00 personal check to Plaintiff at the address indicated on Plaintiff's complaint.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

**SO ORDERED.**

Dated:   February 7, 2022
        New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge