UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE CHAN,<br><br>                    **Plaintiff,**<br><br>-against-<br><br>SOCIAL SECURITY ADMINISTRATION; UNKNOWN BRUNO, SOCIAL SECURITY WORKER; UNKNOWN YAM, SOCIAL SECURITY WORKER; UNKNOWN HO, SOCIAL SECURITY WORKER; UNKNOWN RIMPEL, SOCIAL SECURITY SUPERVISOR,<br><br>                    **Defendants.** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __12/9/2022__<br><br>22-cv-00906 (ALC)<br><br>**ORDER OF DISMISSAL** |

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff Lawrence Chan, who resides in Flushing, New York, brings this action *pro se*.[1] To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees—a $350.00 filing fee plus a $52.00 administrative fee—or request authorization to proceed without prepayment of fees, that is, in forma pauperis ("IFP") submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff submitted the complaint with the filing fees but, Plaintiff's payment, by personal check, is not an acceptable form of payment.

      On February 7, 2022, the Court issued an Order directing Plaintiff to pay the $402.00 in fees by using one of the acceptable forms of payment noted in the Order. ECF No. 3. The Court directed the Plaintiff to pay the fee within thirty days of that Order. *Id*. To date, Plaintiff has failed to pay the fees. Accordingly, this case is dismissed without prejudice for failure to pay the required fees.

---

[1] Plaintiff lists a post office box in Brooklyn, New York on his complaint, but the return address on the envelope used to mail the complaint to the court, lists a Flushing, New York address for Plaintiff. (ECF No. 1 at 11.)

The Clerk of Court is respectfully directed to serve Plaintiff with a copy of the instant order and terminate this case.

**SO ORDERED.**

Dated:   December 9, 2022
         New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**